## IN THE UNITED STATES BANKRUY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. **23-50692** |
| **JOSHUA M. WOOD** | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | MOTION TO DISMISS |

It is the Trustee's position in this case that the Chapter 13 plan should be dismissed. The Debtor(s) is delinquent in plan payments as payments have not been made as required pursuant to 11 USC § 1326.

It is the Trustee's position that the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period ("means test"), should reflect an applicable commitment period of 60 months pursuant to 11 USC § 1325 (b)(4). The means test filed in this case reflects a 36 month applicable commitment period.

Further, it is the Trustee's position that the Debtor(s) actions in this case are hindering the repayment to creditors; and therefore, the plan should be dismissed pursuant to 11 USC § 1307(c)(1).

The Trustee states the following:

1. This Chapter 13 case was filed on or about May 9, 2023.
2. The Debtor(s) is proposing plan payments of $1,881 per month pursuant to the amended plan filed on September 18, 2023 (PACER Docket No. 26).
3. If the Debtor(s) was funding the amended plan, the plan would provide approximately a 24.70% general unsecured dividend over 66 months.
4. In the amended plan (paragraph 5), the Debtor(s) is asserting $35,000 in net equity.

### <u>Chapter 13 Plan Payments</u>

5. The Chapter 13 plan payments in this case are proposed at $1,881. The plan was filed on or about May 19, 2023 and amended on or about September 18, 2023.
6. Pursuant to 11 USC § 1326, the Debtor(s) plan payments were required to begin

**CHAPTER 13**

Keith L Rucinski

Trustee

One Cascade Plaza

Suite 2020

Akron, Oh 44308

in June 2023.

7. From June 2023 to December 2023, the Debtor(s) should have made payments totaling $13,167 ($1,881 x 7 months).
8. The Debtor(s) has made two payments into the Chapter 13 plan, one on August 2, 2023, and one on October 23, 2023.
9. The Debtor(s) plan payments total $4,440.
10. The Debtor(s) is currently delinquent $9,127 ($13,167 -$4,440) in plan payments.
11. It is the Trustee's position that the Debtor(s) plan should be dismissed given the delinquency in plan payments.

## Means Test-Incorrect Number of Dependents

12. The means test filed in this case reflects that the Debtor(s) is seeking a 36 month applicable commitment period.
13. The Debtor(s) is seeking a 36 month applicable commitment period by claiming a total of 3 people in the Debtor(s) household.
14. The Debtor(s) divorce decree entered in January 2023 reflects that the Debtor(s) is not the custodial parent and that the children reside with the Debtor(s) ex-spouse.
15. The means test and Schedule I in this case reflects that the Debtor(s) is attempting to use his two children, ages 15 and 18, as dependents.
16. During the 341 meeting of creditors, the Debtor(s) testified that he is currently residing with his parents.
17. The Debtor(s) explained that by living with parents there are no utility expenses on Petition Schedule J.
18. The Debtor(s) did testify that the $800 listed for rental expense would be used for some future rental expense.
19. As the Debtor(s) two children are not members of his household, the Debtor(s) cannot claim them as dependents on the means test.
20. The Debtor(s) income stated on the means test is $74,232.
21. The means test limit for a household size of 1 for a 36 month plan is $61,955.
22. As the Debtor(s) income puts him above the median income for the State of Ohio for the household size of 1, the Debtor(s) plan should provide for a 60 month applicable commitment period.

## Means Test Business Income – Incorrect Deductions of Personal Expenses causes the Debtor(s) Business Income to be Understated

23. The Debtor(s) is the sole owner of a company known as "America Roofing, LLC".
24. Pursuant to the 2022 corporate tax return for American Roofing, said company reported over $1.4 million in gross income.
25. The Debtor(s) supplied bank statements for only the month of May 2023.
26. The Trustee requested, but did not receive, other bank statement copies.
27. The May 2023 bank statement was for the Debtor(s)'s business, American Roofing, LLC.
28. The Debtor(s) appears to co-mingle his personal and business expenses.

**CHAPTER 13**

Keith L Rucinski

Trustee

One Cascade Plaza

Suite 2020

Akron, Oh 44308

29. Included in the May 2023 bank statement were the following purchases:
    a. $208 for Old Glory Days;
    b. $1,847.50 for tickets for Buckeye Country;
    c. $372 for OSU Stadium Concert.

30. The Debtor(s) bank statements also show various ATM withdraws for cash.
31. In addition, the Debtor(s) business is paying for the following vehicles:
    a. 2002 Isuzu Dump Truck;
    b. 2021 Enclosed Trailer;
    c. 2019 Ford Fusion;
    d. 1999 Ford F350;
    e. 2019 Track Ho;
    f. A lease on a 2021 Dodge Ram 1500;
    g. A lease on a 2020 Dodge Ram 1500;
    h. A lease on a 2022 Jeep Compass.

32. Given the expenses on the Debtor(s) bank statements including the payment of various automobiles and entertainment venues, it is apparent that the Debtor(s) co-mingles his personal and business assets.
33. The co-mingling of personal and business assets leads to the conclusion that the business income stated on the means test is understated and the Debtor(s) plan should provide for a 60 month applicable commitment period.

## 5185 Eberly Road

34. On or about May 8, 2023, the Debtor(s) purchased property located at 5185 Eberly Road.
35. The purchase price of the property was $40,400.
36. The Debtor(s) was to make payments on said parcel in the following amounts:
    a. $10,000 initial down payment;
    b. $5,000 on or about April 15, 2023;
    c. $5,000 on or about July 15, 2023;
    d. $20,400 on or about September 15, 2023.

37. The promissory note was signed by the Debtor(s) and the property was deeded to Josh Woods, Trustee of the 576 Bandy Road Trust.
38. The Trustee has no information if said payments were actually made by the Debtor(s) for this property.
39. The Trustee does have concerns that the Debtor(s) was purchasing property for $40,400 the month the Debtor(s) filed bankruptcy.
40. The purchase of this property, the payment on several automobiles, and other expenses on the Debtor(s) bank statements reflect that the purpose of the Debtor(s) plan is to delay repayment to creditors and allow the Debtor(s) to fund his current lifestyle.

**CHAPTER 13**

Keith L Rucinski

Trustee

One Cascade Plaza

Suite 2020

Akron, Oh 44308

**85 Massillon, LLC**

41. The Statement of Financial Affairs discloses that the Debtor(s) was the owner of 85 Massillon, LLC.
42. 85 Massillon, LLC owns property at 85 Massillon Road and 91 Massillon Road.
43. According to the Statement of Financial Affairs the Debtor(s) transferred the ownership of 85 Massillon, LLC to his business partner.
44. The Debtor(s) did not disclose what consideration he received transferring the ownership in 85 Massillon, LLC.
45. The transfer of this property may raise preference issues pursuant to11 USC §547 and possible equity issues in this Chapter 13 plan pursuant to 11 USC § 1325(a)(4).
46. The effect on the plan and confirmation cannot be determined from the Debtor(s) current disclosures

WHEREFORE, the Chapter 13 Trustee is moving this Court for an order of dismissal. The Debtor(s) is not making monthly plan payments pursuant to the proposed plan as required by 11 USC §1326.

Further, it is the Trustee's position that the plan should provide a 60 month applicable commitment period pursuant to 11 USC §1325(b)(4),

It is also the Trustee's position that the overall plan is designed to hinder the repayment to creditors while allowing the Debtor(s) to fund his lifestyle. This delay in repaying creditors requires the plan to be dismissed pursuant to 11 USC §1307(c)(1).

NOTICE

Pursuant to 11 USC § 102, unless a party in interest requests a hearing regarding this motion, the Court may grant this motion without further hearing or notice. Any party wishing to be hearing with regard to this motion must file a response to this motion within 21 days from the date listed below.

Any party wishing to be heard must file a response at:

US Bankruptcy Court
455 Federal Building
2 South Main Street
Akron, OH 44308

The following parties must be served with a copy of the request for hearing:

David A. Mucklow
919 East Turkeyfoot Lake Road #B
Akron, OH 44312

**CHAPTER 13**

Keith L Rucinski

Trustee

One Cascade Plaza

Suite 2020

Akron, Oh 44308

Keith L. Rucinski, Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

In the absence of any party in interest requesting to be heard on this motion, the Court may grant this motion without further hearing or notice.

Respectfully submitted,

/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

CERTIFICATE OF SERVICE

I hereby certify that on ____12/27/2023____, a copy of the foregoing was sent via Regular Mail to:

Joshua M. Wood
576 Brandy Road
North Benton, OH 44449

All creditors listed on the attached mailing matrix

via ECF:

David A. Mucklow, Esquire davidamucklow@yahoo.com
Amy Good, Esquire-Office of the US Trustee at Amy.L.Good@usdoj.gov

/s/Monica Andrick
Office of the Chapter 13 Trustee

**CHAPTER 13**

Keith L Rucinski

Trustee

One Cascade Plaza

Suite 2020

Akron, Oh 44308

Label Matrix for local noticing
0647-5
Case 23-50692-amk
Northern District of Ohio
Akron
Wed Dec 27 13:35:43 EST 2023

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308-1848

American Builders & Contractors Supply Co.,
c/o James D. Wilson, Attorney
21 McKinley Place
Lakewood, OH 44107-3389

Brad Crome
Portage County Treasurer
449 Meridian Street
PO Box 1217
Ravenna, OH 44266-1217

Chrysler Financial
PO Box 8446
Stockton, CA 95208-0446

Dutch Rentals
243 Market Ave., SW
Hartville, OH 44632-8521

Foundation Finance Company, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Jeremiah L. Johnson
1666 Schroeder Rd.
Mogadore, OH 44260-9671

Medical Mutual
100 American Rd.
Cleveland, OH 44144-2322

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Akron
455 U.S. Courthouse
2 South Main Street
Akron, OH 44308-1813

ABC Supply Co. Inc.
PO Box 415636
Boston, MA 02241-5636

Blaise Meeker
495 Portage Lakes Dr.
Akron, OH 44319-2205

CCAP Auto Lease LTD
P.O. Box 961275
Fort Worth, TX 76161-0275

City of Wadsworth
120 Maple St.
Wadsworth, OH 44281-1865

(p)FARMERS NATIONAL BANK OF CANFIELD
ATTN RICK THOMAS
1 S MAIN ST
NILES OH 44446-5092

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John Trafficante, agent for
The Jefferson Materials Company
8920 Canyon Falls Blvd., Ste. 120
Twinsburg, OH 44087-1990

NewRez
PO Box 8068
Virginia Beach, VA 23450-8068

Portage County Child Support
449 Meridian Street
PO Box 1217
Ravenna, OH 44266-1217

American Builders & Contractors Supply Co, I
c/o James D. Wilson, Attorney
21 McKinley Place
Lakewood, OH 44107-3389

Akron Children's Hospital
PO Box 74477
Cleveland, OH 44194-0577

Blaise R.Meeker
495 Portage Lakes Drive
Akron, OH 44319-2205

Cadillac Capital
PO Box 4210
Carmel, IN 46082-4210

DOMINION OHIO ENERGY
PO BOX 5759
CLEVELAND, OH 44101-0759

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lisa M. Lahrmer
449 South Meridian Street
Ravenna, OH 44266-2914

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826
Greenville, SC 29603-0826

Portage County JFS, Child Support Division
449 South Meridian Street
Ravenna, OH 44266-2914

| | | |
|---|---|---|
| Portage County Treasurer<br>PO Box 1217<br>Ravenna, OH 44266-1217 | Reimer Law Co.<br>PO Box 39696<br>Solon, OH 44139-0696 | SRS Distribution<br>7440 TX 121<br>McKinney, TX 75070 |
| Sara Wood<br>7927 Giddings Rd.<br>Rootstown, OH 44272-9541 | Shawn Aremstead<br>2663 Sourek Rd.<br>Akron, OH 44333-2934 | Shawn Armstead<br>2663 Sourek Rd.<br>Akron, OH 44333-2934 |
| Sheffield Financial<br>101 N. Cherry St.<br>Winston Salem, NC 27101-4013 | The Bank of New York Mellon Trust Company, N<br>c/o M & T Bank<br>P.O. Box 840<br>Buffalo NY 14240-0840 | Unifund CCR, LLC<br>PO Box 42730<br>Cincinnati, OH 45242-0730 |
| David A. Mucklow<br>919 East Turkeyfoot Lake Road #B<br>Akron, OH 44312-5250 | Joshua M Wood<br>576 Brandy Road<br>North Benton, OH 44449-9785 | (p)OFFICE OF THE CHAPTER 13 TRUSTEE<br>1 CASCADE PLAZA STE 2020<br>AKRON OH 44308-1160 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Farmers National Bank<br>20 S. Broad Street<br>Canfield, OH 44406 | (d)Farmers National Bank of Canfield<br>PO Box 228<br>Niles, OH 44446 | Ford Motor Credit<br>National Bankruptcy Service<br>PO Box 62180<br>Colorado Springs, CO 80962 |
| (d)Ford Motor Credit Company LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI 48255 | Internal Revenue Service<br>Insolvency Group<br>1240 East 9th Street<br>Room 403<br>Cleveland, OH 44199 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC | (u)Santander Consumer USA Inc. dba Chrysler C | (u)The Bank of New York Mellon Trust Company, |
| (u)American Construction & Roofing, LL | (d)CCAP Auto Lease Ltd.<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     5<br>Total                   46 |