**This document was signed electronically on September 17, 2024, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 17, 2024**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE:** | ) CHAPTER 13 |
| JOSHUA M. WOOD | ) CASE NO: 23-50692 |
| | ) |
| Debtor(s) | ) ALAN M. KOSCHIK |
| | ) BANKRUPTCY JUDGE |
| | ) |
| | ) **AGREED ENTRY RESOLVING TRUSTEE'S** |
| | ) **MOTION TO DISMISS AND REQUIRING** |
| | ) **MINIMUM 40% DIVIDEND TO NON-** |
| | ) **PRIORITY, UNSECURED CREDITORS IN** |
| | ) **ORDER TO EARN A DISCHARGE** |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and the Debtor(s) in this case, by and through undersigned counsel, and jointly state the following:

1. This Chapter 13 case was filed on or about May 19, 2023.
2. Total payments paid into the plan as of the date of this agreed entry are $34,843.
3. On or about December 27, 2023, the Trustee caused to be filed a motion to dismiss in the case. The Trustee's motion is reflected as PACER docket number 40 and is incorporated herein as if fully rewritten.
4. The Debtor(s), through counsel, filed several responses to the Trustee's motion to dismiss reflected as PACER docket numbers 41, 48, and 56.
5. The basis for the multiple responses was that it was not clear if the Debtor(s) was intending to proceed with the Chapter 13 case because at some point the Debtor(s) was not keeping in contact with his counsel.

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

6. The Debtor(s) owns his own roofing company and does significant commercial work. The Debtor(s) work often takes him on roofing projects that are out of state which hinders his ability to communicate with this counsel.

7. The Debtor(s) states that he does want to proceed with his Chapter 13 plan and has already made significant payments into the program.

8. The Debtor(s) states that family members are currently helping him organize his finances in order to proceed with the Chapter 13 plan.

9. The Debtor(s) stipulates that this Chapter 13 plan shall have a 60 month applicable commitment period regardless of the time frame reflected on the "Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period".

10. The Debtor(s) stipulates that in order to earn a discharge all timely filed, undisputed, non-priority, unsecured creditors must receive a minimum 40% dividend.

11. This agreed entry shall not prohibit the Trustee or Debtor(s) from objecting to any claim the parties believe to be inaccurate.

12. The Debtor(s) understands and agrees that the Debtor(s) will provide the Trustee annual individual and business tax returns during the course of this Chapter 13 plan. The Debtor(s) agrees to supply the annual tax returns to the Trustee within 30 days of the Debtor(s) filing the tax returns with the applicable taxing authority.

13. The Debtor(s) consents and agrees that should the Debtor(s) tax returns reflect a refund, the refund shall be turned over to the Trustee to increase the dividend to non-priority unsecured creditors. The Debtor(s) shall be entitled to retain the first $1,500 (One-Thousand-Five-Hundred Dollars) of all annual tax refunds. The Debtor(s) shall also be allowed to retain all tax refunds based on earned income and child care credits.

14. The Debtor(s) understands and agrees that all financial windfalls (including but not limited to inheritance and gambling winnings) must be disclosed to his attorney and to the Trustee. Said windfall may be subject to turnover motions by the Trustee.

15. Due to prior property transfers, the Debtor(s) stipulates and agrees that should the Debtor(s) convert this case to a Chapter 7 for any reason that the general unsecured creditors in a Chapter 7 must receive the same minimum 40% dividend minus any funds that have been paid to said creditors through the Chapter 13 plan, prior to any conversion.

16. The Debtor(s) understands and agrees that this agreed entry only covers pre-petition debt. Should any creditor file a claim for post-petition debt, the Debtor(s) will need to amend the plan to increase the plan payment.

17. As of August 2024, in order for the Debtor(s) to pay a 40% dividend to the non-priority, unsecured creditors, the Debtor(s) plan payments must be $2,300 per month from August 2024 until plan completion.

18. The Debtor(s) states that due to his roofing business, his income can have wide fluctuations.

19. The Trustee understands and consents that given the Debtor(s) income can fluctuate; the Trustee will not object to the Debtor(s) proposing a plan that pays less than the $2,300 monthly as long as the Debtor(s) makes lump sum payments to catch up any future underfunding of the plan. The Debtor(s) will

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

file an amended plan to incorporate this agreed entry within thirty days of the Court approving this agreed entry.

20. The Debtor(s) shall amend his plan to provide a monthly payment that the Debtor(s) can make on a monthly basis.

21. In addition to the monthly plan payment, the amended plan should reflect that the Debtor(s) will make lump sum payments approximately every 4 months to catch up any payment arrearage to bring the plan payments current.

22. The Debtor(s) agrees and consents that before the plan can complete the Debtor(s) must have paid the required minimum 40% to all timely filed, undisputed, non-priority, unsecured creditors.

23. This agreed entry shall resolve all pending motions between the Trustee and the Debtor(s) as of the date the date the Court approves the agreed entry.

###

Approved by:

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330-762-6335
Fax 330-762-7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

David A. Mucklow, Esquire
Ohio Reg. No. 0072875
919 East Turkeyfoot Lake Road #B
Akron, OH 44312
Tel 330-896-8190
Fax 330-896-8201
davidamucklow@yahoo.com

cc:

Joshua M. Wood
576 Brandy Road
North Benton, OH 44449
(via Regular Mail)

David A. Mucklow, Esquire (davidamucklow@yahoo.com)
Office of the US Trustee (unitedstatestrustee@usdoj.gov)
Keith L. Rucinski, Chapter 13 Trustee (krucinski@ch13akron.com)

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com