**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In Re: | : | Case Number: 23-50692 |
| | : | |
| | : | |
| Joshua M. Wood, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Judge Alan M. Koschik |

**RESPONSE TO MOTION FOR RELIEF FROM STAY OF**
**FARMERS NATIONAL BANK**

**Now comes** David A. Mucklow, counsel for Debtor, Joshua M. Wood by and states the following in response to Creditor, Farmers National Bank for Relief from Stay:

1.      Counsel has made several attempts to contact the Debtor with no response.

2.      Therefore, Counsel does not oppose this motion and asks that the order state the following:

The Creditor shall have 60 days from the date the property is liquidated or 180 days from the date of the order for relief, whichever comes first, to file a deficiency claim and have said deficiency claim paid as an unsecured claim in accordance with the plan. If the Creditor fails to file a deficiency claim by the deadline, the Creditor may not file a deficiency claim without obtaining court permission.

Respectfully Submitted by:

/s/ David A. Mucklow
DAVID A. MUCKLOW (#0072875)
919 E. Turkeyfoot Lake Road, Suite B
Akron, OH 44312
Telephone: (330) 896-8190
Fax: (330) 896-8201
davidamucklow@yahoo.com

# CERTIFICATE OF SERVICE

I certify that on or about 13th day of March, 2025 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Keith Rucinski, Trustee       efilings@ch13akron.com

United States Trustee     (Registered address)@usdoj.gov

Milos Gvozdenovic  mgvozdenovic@weltman.com

I certify on or about 13th day of March, 2025 that a true and correct copy of the foregoing was sent via U.S. regular postage prepaid or certified mail to the persons listed below.

Joshua M Wood
576 Bandy Road
North Benton, OH 44449

/s/ David A. Mucklow_____
DAVID A. MUCKLOW, (#0072875)