## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

Joshua M Wood

             DEBTOR(S)

) CHAPTER 13
) CASE NO: 23-50692
)
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
) MOTION FOR TURNOVER OF TAX
) RETURN(S)
)

------------------------------------------------------------------------------------------------

       Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby moves this Court for an order directing the Debtor(s) to turn over their federal tax return(s)

       The Trustee states the following:

1. Pursuant to 11 USC § 521(a)(3) and 521(a)(4) and 11 USC § 1302(b)(4); Federal Rules of Bankruptcy Procedure, Rule 4002(b)(3) and 4002(b)(4) and the Order Confirming Plan (paragraph number 29), the Chapter 13 Trustee requested that the Debtor(s) provide the Trustee with a copy of their most recent federal tax return.
2. Prior to filing this motion, the Trustee had sent the Debtor(s) a request for the most recently filed federal tax return(s) by email and/or regular mail.
3. The Trustee also sent the Debtor(s) a second request by email and/or regular mail.
4. To date the Trustee has not received the Debtor(s) tax returns.
5. The Chapter 13 Trustee's office reviews federal tax returns annually for cases to ensure compliance with 11 USC § 1325(b)(1)(B), which requires debtors to make their best efforts in repaying their non-priority unsecured creditors.
6. If the Debtor(s) income has increased significantly since the filing of the Chapter 13 case, the Debtor(s) should work with their attorney to file an amended plan which provides a reasonable increase in the return to creditors.
7. As the Debtor(s) has not responded to the Trustee's request for tax return(s), the Trustee is requesting this Court for an order directing the Debtor(s) to turnover their federal tax return for tax year 2024.
8. The Debtor(s) may submit their tax returns to:

        Office of the Chapter 13 Trustee
        One Cascade Plaza, Suite 2020
        Akron, OH 44308

9. The Debtor(s) may also submit their tax return(s) by email at: **neverly@ch13akron.com**.
10. The Debtor(s) may also fax the tax return to 330-762-7072.
11. **The Debtor(s) should remove all identifying social security numbers and bank routing numbers from the copies of the tax returns before submitting them to the Chapter 13 office.**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

<u>NOTICE</u>

Pursuant to 11 USC § 102, unless a party in interest requests a hearing regarding this motion, the Court may grant this motion without further hearing or notice. Any party wishing to be heard with regard to this motion must file a response to this motion within 30 days from the date listed below.

Any party wishing to be heard must file a response at:

US Bankruptcy Court
455 Federal Building
2 South Main Street
Akron, OH 44308

The following parties must be served with a copy of the request for hearing:

DAVID A MUCKLOW, Debtor(s) Attorney
919 E TURKEYFOOT LAKE ROAD #B
AKRON, OH, 443120000

Keith L. Rucinski, Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

In the absence of any party in interest requesting to be heard on this motion, the Court may grant this motion without further hearing or notice.

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Respectfully submitted,

**/s/ Keith L. Rucinski**

Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH  44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

## CERTIFICATE OF SERVICE

I hereby certify that on 07/17/2025, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Joshua M Wood
576 Brandy Road
North Benton, OH  44449

<u>Via ECF</u>

DAVID A MUCKLOW (davidamucklow@yahoo.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 07/17/2025                 By: N. Everly
                                            Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072